PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION


| | |
|---|---|
| SAMUEL CABRERA-PEREZ, ) | |
| ) | CASE NO.  4:25-CV-01348 |
| Petitioner-Plaintiff, ) | |
| ) | |
| v. ) | JUDGE BENITA Y. PEARSON |
| ) | |
| ATTORNEY GENERAL PAM BONDI, *in* ) | |
| *her official capacity, et al.*, ) | |
| ) | **ORDER** |
| Respondents-Defendants. ) | |


Petitioner has filed the instant Complaint following a grant of Withholding of Removal by the Cleveland Immigration Court on April 14, 2025.  ECF No. 1 at PageID #: 5.  Petitioner alleges that he was detained during his immigration proceedings and continues to be detained despite the grant of his Withholding of Removal.  ECF No. 1 at PageID #: 5.  Petitioner also gave the Court notice that Petitioner has since been moved to Port Isabel Service Detention Center in Texas despite Counsel office's hand-delivery of an Application for a Stay of Deportation or Removal and the Court of Common Pleas Criminal Division in Mercer County's order stating Plaintiff's appearance at a hearing scheduled for July 22, 2025 is necessary.  *See* Notice, ECF No. 4 at PageID #: 54.

Petitioner shall serve Respondents-Defendants forthwith.  Respondents-Defendants shall respond to Petitioner's Petition and Complaint by July 7, 2025 at 12:00 p.m.  Petitioner shall

(4:25CV1348)

reply by close of business on July 9, 2025.  Of chief interest to the Court is whether jurisdiction

is still proper in the Northern District of Ohio.


      IT IS SO ORDERED.


July 3, 2025                                           */s/ Benita Y. Pearson*
Date                                                     Benita Y. Pearson
                                                         United States District Judge

2