PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| SAMUEL CABRERA-PEREZ, | ) | |
| | ) | CASE NO. 4:25-CV-01348 |
| Petitioner-Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| ATTORNEY GENERAL PAM BONDI, *in her official capacity*, et al., | ) ) | |
| | ) | **ORDER** |
| Respondents-Defendants. | ) | [Resolving ECF No. 6] |

Petitioner-Plaintiff filed the instant Writ of Habeas Corpus and Complaint. ECF No. 1. Respondents-Defendants were ordered to respond by July 7, 2025, and Petitioner-Plaintiff to reply by July 9, 2025. *See* Order, ECF No. 5.

Pending is Respondents-Defendants' Motion to Dismiss for lack of jurisdiction. ECF No. 6. Petitioner-Plaintiff did not reply by the Order's given date.

It appears from the record that Petitioner-Plaintiff is no longer in federal custody and, as a result, that the Court lacks subject matter jurisdiction. Therefore, the case is dismissed for lack of jurisdiction.

IT IS SO ORDERED.

July 16, 2025                                          */s/ Benita Y. Pearson*
Date                                                               Benita Y. Pearson
                                                                         United States District Judge